FILED
2019 Jun-21 PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

VANESSA L. BAKER
_____

PRO SE _____

_____

_____

(Enter above the full name of the plaintiff
in this action)

> *NOTICE TO FILING PARTY*
>
> *It is your responsibility to
> notify the clerk in writing of any
> address change.*
>
> *Failure to notify the clerk may
> result in dismissal of your case
> without further notice.*

vs.

ID: 19-CV-958-LSC

ARC OF FAYETTE, LAMAR, AND MARENGO COUNTY,
_____

WADE REESE, AND ANNE CULP, ET. AL.
_____

(IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES)

_____

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court(s) dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )         No ( )     **N/A**

B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
same outline.)

1.   Parties to this previous lawsuit:

Plaintiff:  _____ **N/A** _____

_____

Defendant(s): _____

_____

2

2.   Court (if Federal Court, name the district; if State Court, name the county)

N/A

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

N/A

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.   Approximate date of filing lawsuit  N/A _____

7.   Approximate date of disposition _____

II.   Place of present confinement _____ N/A _____

A.   Is there a prisoner grievance procedure in this institution?
     Yes ( )        No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?        Yes ( )        No ( )

C.   If your answer is YES:
     N/A
     1.   What steps did you take? _____

     2.   What was the result? _____

D.   If your answer is NO, explain why not:  N/A _____

_____
_____
_____
_____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) **VANESSA Lacho.Ue BAKER**

Address **326 5th AVE SW APt 16-B**

**FAyette ALAbama 35555**

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant WADE REESE

Is employed as OPERATOR

at ARC OF FAYETTE, LAMAR, AND MARENGO COUNTY

1428 TEMPLE AVENUE S, FAYETTE, ALABAMA 35555
C. Additional Defendants ANNE CULP-SUPERVISOR AT ARC

1428 TEMPLE AVENUE S, FAYETTE, ALABAMA 35555

SHARON COBB-1428 TEMPLE AVENUE S, FAYETTE, ALA. 35555

TAMMY DUCKWORTH-1428 TEMPLE AVENUE S, FAYETTE, ALA. 35555

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

ON APRIL 17, 2019, WHILE EMPLOYED AT ARC, I WAS ASSIGNED TO SIT AT A
CLIENT'S HOUSE. THE CLIENT INFORMED ME THAT I COULD GO AND GET SOME-
~~THING TO EAT. I CONFIRMED THIS WITH THE CLIENT~~ BEFORE LEAVING AND HE
CONFIRMED THE SAME BY STATING THAT THE EMPLOYEES DO IT ALL THE TIME.
I SAID OK, GRABBED MY KEYS, AND WENT FOR LUNCH (INFORMING THE CLIENT
~~THAT I WOULD RETURN SHORTLY). I WENT TO JACK'S AND RETURNED~~ SOME 5 TO
10 MINUTES LATER. WHEN I RETURNED THE CLIENT INFORMED ME THAT I WASN'T
SUPPOSE TO LEAVE WITHOUT HIM. ON APRIL 19, 2019, SHARON COBB AND TAMMY

DUCKWORTH FIRED ME.THEY TOLD ME THAT I WASN'T SUPPOSE TO LEAVE THE CLIENT BECAUSE HE WAS 1 ON 1.SHE SAID IT WAS NEGLIGENT.AFTER CONDUCTING MY INVESTIGATION,I DISCOVERED THAT THE CLIENT WAS A SEX OFFENDER (BRUCE BALLINGER) AND THAT A MALE EMPLOYEE AND NOT A FEMALE SHOULD HAVE BEEN WITH HIM.I WAS MADE TO SIGN THE PAPERWORK AS THOUGH I HAD TRAINING EVEN

V.    RELIEF

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

I WISH TO BE COMPENSATED IN THE AMOUNT OF $500,000 FOR PAIN AND SUFFERING, LOST WAGES AND HUMILIATION. I ALSO WANT FAYETTE COUNTY ASSOCIATION TO LEGALLY TRAIN ALL EMPLOYEES FOR THEIR SERVICES.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6 / 17 / 19 

*Vanessa L Baker*
SIGNATURE

ADDRESS MS. VANESSA L. BAKER

32o 5th AVE SW APT. 16B

FAYETTE, AL. 35555-2872

## ATTACHMENT

THOUGH I DID NOT HAVE TRAINING.A COUPLE OF WEEKS BEFORE MY FIRING,THERE
WERE AN INCIDENT IN WHICH A CLIENT FELL TO THE FLOOR AND THE EMPLOYEE WAS
ASLEEP.THE NURSE ON DUTY HAD TO SHAKE THE EMPLOYEE TO WAKE HER UP.THE
CLIENT ENDED UP WITH A KNOT ON HER FOREHEAD FROM THE FALL AND THE
RESPONSIBLE EMPLOYEE WAS ONLY SUSPENDED FOR THREE (3) DAYS.THIS INCIDENT
OCCURRED AT ROOM 217,WHICH IF SHOULD BE DOCUMENTED AND WILL BECOME PRIVY
THROUGH DISCOVERY.

## LEGAL CLAIMS

1).THE EMPLOYER AT ARC HAD THE EMPLOYEE (VANESSA BAKER) SIGN A FRIVOLOUS
AND FRAUDULENT MISREPRESENTATION UNDER THE GIST OF "BEING TRAINED",THE
DEFENDANTS ARE STILL LIABLE FOR LAWSUIT.

2).THE FAYETTE COUNTY ASSOCIATION THEN WROTE A REPORT THAT CAUSED
MS.VANESSA BAKER TO BE DISQUALIFIED FOR UNEMPLOYMENT BENEFITS.(SEE EXHIBIT
A).

3).MS.VANESSA BAKER WAS WRONGFULLY TERMINATED WITHOUT GOOD CAUSE,WITHOUT
PROPER TRAINING AND FAIR DEALING ON THE PART OF THE DEFENDANTS.

4).THE SUPERVISOR(S) EITHER FAILED TO SUPERVISE OR TRAIN,IN WHICH A CAUSAL
LINK EXIST BETWEEN THE FAILURE TO TRAIN OR SUPERVISE AND THE VIOLATION OF
PLAINTIFF RIGHTS DUE TO THIS FAILURE TO SUPERVISE AMOUNTS TO DELIBERATE
INDIFFERENCE.

5).THERE IS EVIDENCE OF DISCRIMINATION,WHEN ONE EMPLOYEE IS SUSPENDED AND
ANOTHER EMPLOYEE FIRED WITHOUT THE BENEFIT OF BEING PROPERLY TRAINED,AND
BOTH WERE SIMILARLY SITUATED.

# STATE OF ALABAMA

BEN11
REV. (07-2015)

**DEPARTMENT OF LABOR
UNEMPLOYMENT COMPENSATION DIVISION
MONTGOMERY, ALABAMA 36131**

## NOTICE OF DETERMINATION

VANESSA L BAKER
326 5TH AVE SW APT 16B
FAYETTE            AL  35555-2872

SSN:        XXX-XX-4994  **C.D.:**    04/21/19
**O-C:**        6002        **PROG:**    01
**DATE MAILED:**      05/08/19
**CLAIMS INQUIRY:**
800-361-4524

You have been disqualified or determined ineligible for benefits as indicated below:
**FROM:** 04/14/19      **TO:** 05/25/19
**SECTION OF LAW:** 25-4-78(3)c.
**ISSUE:** Misconduct

> You were discharged from your most recent bona fide work with
> FAYETTE COUNTY ASSOCIATION FOR for violation of company policy in
> that you neglected a patient by leaving him/her unsupervised.
> This constitutes misconduct committed in connection with your
> work. You are disqualified for the period indicated and the
> maximum amount of benefits to which you may become entitled after
> this period of disqualification is reduced by 6 times the weekly
> benefit amount established for your benefit year effective
> 04/21/19.

**RIGHT TO APPEAL:** You have the right to appeal this determination; however, your appeal rights end 15 calendar days from the date of this notice if mailed, or 7 days if delivered (see DATE MAILED or DELIVERED above.) You may obtain information about your claim by telephoning the claims inquiry line shown above, however, all appeals MUST be filed by a letter addressed to the Hearing and Appeals Division, 649 Monroe Street, Montgomery, AL. 36131, or by fax to 334-956-5891. The appeal must be received within the prescribed time whether filed by mail or fax. Should the last calendar day for filing an appeal fall on a Saturday, Sunday or state holiday or other office closing, the period is extended to the next business day. If you do appeal, and remain unemployed, you should continue to file weekly claims on time pending the outcome of the appeal. Payments can be made only for eligible weeks for which timely claims have been filed. If you are unemployed when the period of disqualification or ineligibility ends and wish to reopen your claim, telephone 1-866-234-5382 during the week after the disqualification has ended. If payments have been made to you for weeks during the period(s) of disqualification or ineligibility indicated above, you will receive a Notice of Determination of Overpayment advising you of the amount to be repaid.